

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile:   (212) 943-9082

September 13, 2021

**VIA ECF**

Hon. Sarah L. Cave
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiffs' request (ECF No. 19) to adjourn the conference scheduled for September 27, 2021 at 10:00am is GRANTED, and the conference is ADJOURNED to **September 27, 2021 at 3:00 pm**.  The parties are directed to call the Court's conference line at: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 19.
>
> SO ORDERED       9/14/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re: **Trustees of The New York City District Council of Carpenters Pension Fund et al v. Symphony Floors Inc., et. al., 21-cv-5944 (GHW)(SLC)**

Dear Judge Cave:

    We represent the Plaintiffs (the "Funds") in the above-captioned matter.  We write pursuant to the Court's September 9, 2021 order scheduling an initial conference in this matter for September 27, 2021 at 10:00 a.m.

    I have a previously scheduled conference in a separate matter scheduled for September 27, 2021 at 10:00 a.m.  Accordingly, we write, on consent, to respectfully request a short adjournment of the initial conference.  Counsel for Plaintiffs and Defendants Prismatic Development Corporation and Fidelity and Deposit Company of Maryland/Zurich American Insurance Company[1] are both available in the afternoon on September 27th, all day on September 28th, and after 2 p.m. on October 1st.

    We respectfully request that the court adjourn the conference to one of the proposed dates or to an alternate date that fits the Court's schedule.  This is Plaintiffs' first request for an adjournment of the initial conference.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____/s/_____

---

[1] The remaining Defendants have not appeared in this action.



                                          Nicole Marimon, Esq.

cc:    Symphony Floors Inc. (via first class mail)
        PAL Environmental Services, Inc. (via first class mail)
        Lauren Rayner Davis, Esq. (via ECF)
        *Attorneys for Prismatic Development*
        *Corporation and Fidelity and Deposit*
        *Company of Maryland/Zurich American*
        *Insurance Company*