UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>         Plaintiffs,<br><br> -v-<br><br>SYMPHONY FLOORS INC., PRISMATIC DEVELOPMENT CORPORATION, FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY, PAL ENVIRONMENTAL SERVICES, INC., and JOHN DOE NOS. 1-10,<br><br>         Defendants. | CIVIL ACTION NO.: 21 Civ. 5944 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, March 8, 2022, the Court orders as follows:

1. By **March 15, 2022**, the parties shall file a joint letter advising whether they would like the Court to conduct a settlement conference; and

2. The discovery schedule (see ECF No. 26 at 4–5) is HELD IN ABEYANCE pending the resolution of the parties' settlement discussions. If the parties do not settle, a new schedule will be entered.

Dated:   New York, New York       SO ORDERED.
     March 8, 2022

                          _____
                             **SARAH L. CAVE**
                             **United States Magistrate Judge**