UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                         Plaintiffs,<br><br>    -v-<br><br>SYMPHONY FLOORS INC., PRISMATIC DEVELOPMENT CORPORATION, FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY, PAL ENVIRONMENTAL SERVICES, INC., and JOHN DOE NOS. 1-10,<br><br>                         Defendants. | CIVIL ACTION NO.: 21 Civ. 5944 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, July 14, 2022, by **August 12, 2022**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Gregory H. Woods or (ii) a joint letter reporting on the status of finalizing their written settlement agreement.

Dated:        New York, New York
              July 14, 2022

                                                              SO ORDERED.

                                                              _____
                                                              **SARAH L. CAVE**
                                                              **United States Magistrate Judge**