USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, *et al.,* : 1:21-cv-5944-GHW
               Plaintiffs, :
: ORDER
       -v - :
:
SYMPHONY FLOORS, INC., *et al.,* :
:
              Defendants :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    On November 7, 2022, Plaintiffs stipulated to the dismissal of the remaining claims against Defendants Symphony Floors, Inc. and Defendant PAL Environmental Services, Inc. Dkt. Nos. 65 and 66. Because there are no remaining claims in this matter, the Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: January 30, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge